GODOSKY & GENTILE, P.C.
Attorneys for Plaintiffs, BERNICE GIDSEG AND HAROLD GIDSEG
61 Broadway, 20th Street
New York, New York 10006
(212) 742-9700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05 CV 4935<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| BERNICE GIDSEG and HAROLD GIDSEG, Plaintiff, vs. PFIZER INC., et al. Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, BERNICE GIDSEG and HAROLD GIDSEG, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: November 4, 2009

GODOSKY & GENTILE, P.C.

By: _____
Robert E. Godosky
Attorneys for Plaintiff, EDITH D. BAGGALEY
DLA PIPER LLP(US)

DATED: Nov. 10, 2009

By: _____
Matt Holian
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 4-5-2010

_____
Hon. Charles R. Breyer
United States District Court